# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Monte Albert,**<br>　　　　*Plaintiff*<br><br>**v.**<br><br>**Velva L. Price, Travis County District Clerk,** *in her official capacity as Travis County District Clerk*, **and Unknown Clerk Staff 1-5,**<br>　　　　*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **1:25-CV-01997-ADA-SH** |

## ORDER

Now before the Court are Plaintiff Monte Albert's Motion for Permission to File Electronically (Dkt. 2) and Motion to Proceed *In Forma Pauperis* (Dkt. 3), both filed December 5, 2025.[1]

### I.　　Application for Permission to File Electronically

Plaintiff asks the Court to approve his request to become an electronic filing user. Because Plaintiff states that he has regular access to all the technical requirements necessary to e-file successfully, the Court **GRANTS** his Application for Permission to File Electronically (Dkt. 2).

### II.　　Motion to Proceed *In Forma Pauperis*

The *in forma pauperis* statute provides:

> [A]ny court of the United States may authorize the commencement, prosecution or defense of any suit . . . without prepayment of fees or security therefor, ***by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor***. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 5.

28 U.S.C. § 1915(a)(1) (emphasis added). Applicants are required to complete all questions in the Application to Proceed *In Forma Pauperis* and sign and date an affidavit in support of the Application that states:

> I declare under penalty of perjury the above answers and statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Financial Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

Attachment E to *Pro Se* Manual at 6.[2] "One who makes this affidavit exposes himself to the pains of perjury in a case of bad faith. This constitutes a sanction important in protection of the public against a false or fraudulent invocation of the statute's benefits." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 338 (1948) (cleaned up). "The perjury sanction thus serves to protect the public against misuse of public funds by a litigant with adequate funds of his own, and against the filing of 'frivolous or malicious' lawsuits funded from the public purse." *Rowland v. Ca. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 205 (1993).

Plaintiff, who is proceeding *pro se*, did not use this Court's form affidavit and has not complied with the statute's requirements because he failed to execute the perjury provision or answer all required questions in the form Application. *See Pennington v. Inmate Tr. Fund*, 116 F.3d 476, 1997 WL 255678 (5th Cir. 1997) (denying motion for leave to proceed in forma pauperis where the applicant did not submit a signed affidavit attesting to his assets owned); *Bey v. Chicory Ct. Madison III LP*, No. 3:21-CV-00066-X, 2021 WL 681440, at *2 (N.D. Tex. Feb. 1, 2021) (recommending denial of motion to proceed *in forma pauperis* when plaintiff failed to sign the

---

[2]The *Pro Se* Manual and form applications and affidavits are available on the Court's website at https://www.txwd.uscourts.gov/filing-without-an-attorney/pro-se-manual/.

affidavit under penalty of perjury or answer all questions), *R. & R. adopted*, 2021 WL 673180 (N.D. Tex. Feb. 22, 2021).

For these reasons, Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 3) is **DENIED without prejudice** to refiling. To avoid dismissal of this action, Plaintiff has until **January 20, 2026** to either (1) pay the $405 filing fee or (2) submit an amended financial affidavit, using the Court's form application, that (a) contains Plaintiff's signature on the affidavit declaring under penalty of perjury that the information provided is true, and (b) answers all questions in full with specific dollar amounts. If Plaintiff does not fully comply with this Order by the deadline, this Magistrate Judge will recommend that this suit be dismissed.

**SIGNED** on January 5, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE