# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| Monte Albert,<br>*Plaintiff* | § § § | |
| v. | § § | **Case No. 1:25-CV-01997-ADA-SH** |
| Velva L. Price, *et al.*,<br>*Defendants* | § § § § | |

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

**TO:    THE HONORABLE ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

Now before the Court are Plaintiff Monte Albert's Motion to Proceed *In Forma Pauperis* on Appeal, filed February 19, 2026 (Dkt. 12).[1]

The District Court denied Plaintiff's second application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), concluding that he would not suffer undue financial hardship by paying the filing fee. Dkt. 9. The Court dismissed the case without prejudice after Plaintiff failed to pay the fee. Dkt. 10. Plaintiff filed a notice of appeal and now seeks leave to proceed *in forma pauperis* on appeal under 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24.

Because Plaintiff's financial affidavit shows that he can afford to pay the appellate filing fees without suffering undue financial hardship, this Magistrate Judge recommends that his motion to proceed *in forma pauperis* on appeal should be denied. Plaintiff may file a motion to proceed *in forma pauperis* on appeal in the Fifth Circuit under Federal Rule of Appellate Procedure 24(a)(5).

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 5.

1

## I.    Recommendation

This Magistrate Judge **RECOMMENDS** that the District Court **DENY** Plaintiffs' Motion to Proceed *In Forma Pauperis* on Appeal (Dkt. 12).

It is **FURTHER ORDERED** that the Clerk remove this case from the Magistrate Court's docket and return it to the docket of the Honorable Alan D. Albright.

## II.    Warnings

The parties may file objections to this Report and Recommendation. A party filing objections must specifically identify those findings or recommendations to which objections are being made. The District Court need not consider frivolous, conclusive, or general objections. *See Battle v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). A party's failure to file written objections to the proposed findings and recommendations contained in this Report within fourteen (14) days after the party is served with a copy of the Report shall bar that party from de novo review by the District Court of the proposed findings and recommendations in the Report and, except on grounds of plain error, shall bar the party from appellate review of unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

**SIGNED** on February 23, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

2