**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MONTE ALBERT,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO. 1:25-CV-01997-ADA-SH** |
| | § | |
| **Velva L. Price, et al.,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower regarding Plaintiff Monte Albert's Motion to Proceed In Forma Pauperis on Appeal (Dkt. 12). Dkt. 13. The report recommends that Plaintiff's Motion (Dkt. 12) be **DENIED.** The Report and Recommendation was filed February 23, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on February 24, 2026. Dkt. 14. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and

Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Susan Hightower, Dkt. 13, is **ADOPTED**.

**IT IS FURTHER ORDERED** Plaintiff's Motion to Proceed In Forma Pauperis on Appeal (Dkt. 12) is **DENIED.**

**SIGNED** on March 20, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE